1   WO                                                            **JWB**

2

3

4

5

6             IN THE UNITED STATES DISTRICT COURT

7              FOR THE DISTRICT OF ARIZONA

8

9   Jose Lopez-Hernandez,         )   No. CV 06-2385-PHX-SMM (VAM)
                                    )

10          Plaintiff,              )   **ORDER FOR PAYMENT**
                                      )

11   vs.                              )   **OF INMATE FILING FEE**
                                      )

12                                     )

13   Joseph Arpaio,              )

14          Defendant.          )
                                    )

15   _____)

16   **TO: MARICOPA COUNTY SHERIFF JOSEPH M. ARPAIO**

17        Plaintiff Jose Lopez-Hernandez, inmate no. P182241, presently confined in the

18   Towers Jail in Phoenix, Arizona, is obligated to pay the statutory filing fee of $350.00 for

19   this action.  The Court has not assessed an initial partial filing fee.  Plaintiff must

20   incrementally pay the balance of the filing fee in monthly payments equal to 20% of the

21   preceding month's income.  The Maricopa County Sheriff or his designee must collect and

22   forward these fees to the Clerk of Court each time the amount in the account exceeds $10.00.

23   **IT IS ORDERED:**

24        (1)  The Maricopa County Sheriff or his designee must forward to the Clerk of Court

25   the $350.00 filing fee.  The fee must be collected from Plaintiff's trust account in monthly

26   payments that are equal to 20% of the preceding month's income credited to Plaintiff's trust

27   account.  Payments must be forwarded to the Clerk of the Court each time the amount in the

28

account exceeds $10.00.  The payments must be clearly identified by the name and number assigned to this action.

(2)  The Maricopa County Sheriff or his designee must notify the Clerk of Court in writing when Plaintiff is released or transferred to a correctional institution other than the Maricopa County Jail, so new billing arrangements may be made to collect any outstanding balance.

(3)  The Clerk of Court must serve by mail a copy of this Order on Maricopa County Sheriff's Office Inmate Legal Services, 201 S. Fourth Avenue, Phoenix, Arizona, 85003.

(4)  The Clerk of Court must serve by mail a copy of this Order on Richard Stewart, Lead Counsel, Litigation Section, Maricopa County Attorney's Office, Division of County Counsel, 222 N. Central Avenue, Suite 1100, Phoenix, Arizona, 85004.

(5)  The Clerk of Court must forward a copy of this Order to Financial Administration for the Phoenix Division of the U.S. District Court for the District of Arizona.  Financial Administration must set up an account to receive payments on the filing fee for this action and must notify the Court when the filing fee is paid in full.

DATED this 20th day of October, 2006.

Stephen M. McNamee
United States District Judge

- 2 -