1  WO **JWB**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Lopez-Hernandez, ) | No. CV 06-2385-PHX-SMM-VAM |
| Plaintiff, ) | **ORDER TO SHOW CAUSE** |
| vs. ) | |
| Joseph Arapio, ) | |
| Defendant. ) | |

Plaintiff Jose Lopez-Hernandez, formerly confined in the Towers Jail in Phoenix, Arizona, has filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983. Plaintiff was granted leave to proceed *in forma pauperis* and was assessed the statutory filing fee of $350.00. See Order (Doc. # 5). Plaintiff has notified the Court of a change in his address that reflects that Plaintiff has been released from custody (Doc. # 3). Currently, Plaintiff owes $350.00 towards the filing fee. Plaintiff was cautioned that in the event of his release, he would be required to pay the balance within 120 days or show cause within 30 days why he cannot pay.

Accordingly, Plaintiff will be given 30 days in which to either pay the outstanding balance of $350.00 or respond to this Order in writing. Plaintiff's response to this Order must include: (1) a statement of Plaintiff's date of release; and (2) Plaintiff's affirmation that he has paid or will pay the unpaid balance of the filing fee in full within 120 days from the date of his release or Plaintiff's affidavit under penalty of perjury demonstrating good cause

**JDDL**

1 why he is presently unable to pay the outstanding balance of the filing fee. See 28 U.S.C.
2 § 1746 (the oath requirement may be satisfied when a person declares under penalty of
3 perjury that the submission is true and correct, and signs and dates the statement).

4 If Plaintiff fails to timely comply with every provision of this Order, including these
5 warnings, the Court may dismiss this action without further notice. See Ferdik v. Bonzelet,
6 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to
7 comply with any order of the Court).

8 **IT IS ORDERED:**

9 (1) **The reference to the Magistrate Judge is withdrawn as to the payment of the**
10 **filing fee in this case.** All other matters in this action will remain with the Magistrate Judge
11 for disposition as appropriate.

12 (2) Within **30 days** from the filing date of this Order Plaintiff must either (a) pay the
13 $350.00 balance owed toward the $350.00.00 filing fee or (b) file a response in writing in
14 compliance with this Order.

15 (3) If Plaintiff fails to pay the balance of the filing fee or to file a written response to
16 this Order within 30 days, the Clerk of Court must enter a judgment of dismissal of this
17 action without prejudice.

18 DATED this 22nd day of November, 2006.

Stephen M. McNamee
United States District Judge